In the Matter of ROBIN WATSON, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted April 6, 2015; decided May 5, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief and a stay dismissed as academic.

[31 NE3d 595, 9 NYS3d 178]

In the Matter of JEFFREY P. DORRANCE.

Decided May 12, 2015

**OPINION OF THE COURT**

On consideration of the continuation of this Court's March 26, 2015 suspension, with pay, of the Honorable Jeffrey P. Dorrance from his office of Justice of the Green Island Town Court, Albany County (25 NY3d 925 [2015]), it is determined that the suspension continue, with pay, effective immediately.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.